# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW MEXICO

ZANE B. BARKER and
WENDY S. BARKER,

      Plaintiffs,

v.                                                      No.: 1:20-cv-00951-KWR-JFR

USAA CASUALTY INSURANCE
COMPANY,

      Defendant.

## AGREED ORDER GRANTING ATTORNEY FEE AWARD

**THIS MATTER** comes before the Court regarding its recent decision [Doc. 41] on Defendant's Motion to Dismiss Plaintiffs' Case for Discovery Violations [Doc . 34]. In its decision the Court awarded Defendant reasonable attorney's fees and costs resulting from filing its motion and pursuing third-party subpoenas. Defendant was ordered to file an affidavit outlining the fees and costs it incurred. On October 12, 2021, Defendant submitted the Declaration of Jennifer A. Noya in Support of Attorney's Fees Award [Doc. 43] detailing fees and costs in the amount of $6,901.36. Plaintiffs did not file any objection to the amount requested by Defendant.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT** Defendant is awarded attorneys' fees and costs in the total amount of $6,901.36 in relation to Defendant's Motion to Dismiss Plaintiff's Case for Discovery Violations [Doc. 34] and the Court's Memorandum Opinion and Order [Doc. 41].

**IT IS SO ORDERED.**

                                                      **KEA W. RIGGS**
                                                      **UNITED STATES DISTRICT JUDGE**

**SUBMITTED BY:**

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.


By: */s/ Jennifer A. Noya*
    Jennifer A. Noya
    Sonya R. Burke
    Nicole T. Russell
    Post Office Box 2168
    Bank of America Centre, Suite 1000
    500 Fourth Street, N.W.
    Albuquerque, New Mexico  87103-2168
    Telephone: (505) 848-1800

*Attorneys for USAA CIC*

**AGREED BY:**

MCCLENNY MOSELEY & ASSOCIATES, PLLC


By:   *Approved by Derek L. Fadner via email on November 23, 2021*
    Derek L. Fadner
    Michael Barcus
    516 Heights Boulevard
    Houston, Texas 77007
    Email: Derek@mma-pllc.com
          Michael@mma-pllc.com

    Jonathan L.R. Baeza
    MARTINEZ & MARTINEZ LAW FIRM, PLLC
    730 E. Yandell Dr.
    El Paso, Texas 79902
    915.514.100
    jonathan@martinezlawyers.com

    *Attorneys for Plaintiff*


Y:\dox\client\10232\0007\DRAFTS\W4222371.DOCX