## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW MEXICO

ZANE B. BARKER AND WENDY S. BARKER,

      Plaintiffs,

v.                                                          No.: 1:20-cv-00951-KWR-JFR

USAA CASUALTY INSURANCE COMPANY,

      Defendant.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the Parties' Joint Motion to Dismiss with Prejudice (Doc. 50) and the Court having fully informed in the premises, **FINDS** that the Motion is **WELL-TAKEN** and should be **GRANTED.**

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiffs, Zane B. Barker and Wendy S. Barker's Complaint and all claims made or which could have been made in this matter against Defendant USAA Casualty Insurance Company ("USAA CIC") are hereby **DISMISSED WITH PREJUDICE**, with each party bearing their own costs and attorneys' fees.

**IT IS SO ORDERED.**

                                                             **KEA W. RIGGS**
                                                             **UNITED STATES DISTRICT JUDGE**

Approved by:

By: *Approved via email Dec. 17, 2021*
    Jonathan L.R. Baeza
    MARTINEZ & MARTINEZ LAW FIRM, PLLC
    730 E. Yandell Dr.
    El Paso, Texas 79902
    915.514.100
    jonathan@martinezlawyers.com

    Derek L. Fadner
    MCCLENNY MOSELEY & ASSOCIATES, PLLC
    516 Heights Boulevard
    Houston, Texas 77007
    Email: Derek@mma-pllc.com

*Attorneys for Plaintiff*

MODRALL, SPERLING, ROEHL, HARRIS
  & SISK, P.A.

By: */s/ Jennifer A. Noya*
    Jennifer A. Noya
    Sonya R. Burke
    Nicole T. Russell
    Post Office Box 2168
    Bank of America Centre, Suite 1000
    500 Fourth Street, N.W.
    Albuquerque, New Mexico  87103-2168
    Telephone: (505) 848-1800

*Attorneys for Defendant USAA CIC*

*File0001.DOCX*